IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN DILLARD, et al.,        )
                             )
    Plaintiffs,              )
                             )
    v.                       )   CIVIL ACTION NO.
                             )     2:87cv1265-MHT
TOWN OF NEWTON,              )         (WO)
                             )
    Defendant.               )
```

OPINION

By order entered on June 11, 2003 (Doc. No. 49), the court granted the plaintiffs' motion for proceedings leading to dismissal of this action, filed May 19, 2003 (Doc. No. 47), to the extent that defendant Town of Newton was "to notify the court by no later than May 28, 2004, as to whether its single-member district plan has been precleared." The court further stated that, "If the plan has been precleared by then, the court will then award counsel for plaintiffs an attorney's fee of $ 500.00, and this case will be dismissed." The May 28

deadline was extended several times (Doc. Nos. 55, 60, 62, 67, & 71).

On July 3, 2006 (Doc. No. 72), the Town of Newton filed with the court a motion to dismiss, attached to which is a notice from the Voting Section of the Civil Rights Division of the United States Justice Department indicating that the Town of Newton has obtained preclearance, as required by § 5 of the Voting Rights Act, as amended, 42 U.S.C.A. § 1973c.  Accordingly, the plaintiffs are now entitled to an attorney's fee of $ 500.00 and this case is due to be dismissed.

An appropriate judgment will be entered.

DONE, this the 6th day of July, 2006.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE