```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOHN DILLARD, et al.,       )
                            )
    Plaintiffs,             )
                            )
    v.                      )   CIVIL ACTION NO.
                            )     2:87cv1265-MHT
TOWN OF NEWTON,             )         (WO)
                            )
    Defendant.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this day, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to dismiss, filed by defendant Town of Newton on July 3, 2006 (Doc. No. 72), is granted.

(2) Plaintiffs shall have and recover from defendant Town of Newton the amount of $ 500.00 for attorney's fees.

(3) This lawsuit is dismissed in all other respects.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 6th day of July, 2006.**

　　　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**